```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,     :
                                    :
                    Plaintiff,      :
         v.                         :   06 CV 13022(BSJ)(FM)
                                    :
BLAKE A. KAMAL, et al.,             :   ORDER
                                    :
                    Defendants.     :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Having reviewed Magistrate Judge Frank Maas's Report and Recommendation dated December 19, 2007, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, Plaintiff is awarded judgment against Defendants in the amount of $3,350. The Clerk of the Court is directed to close the case.

**SO ORDERED:**

*[signature]*

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          November 18, 2008